UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
|     ELECTRONIC SERVICE PRODUCTS | ) | |
|     CORPORATION | ) | |
|         DEBTOR | ) | CASE NO. 17-30704 AMN |
| | ) | |
| | ) | Re:  ECF No. 31 |
| | ) | |

## ORDER AUTHORIZING DEBTOR AND DEBTOR IN POSSESSION TO PAY PRE-PETITION EMPLOYEE WAGES AND TO MAKE PAYMENTS FOR WHICH PAYROLL DEDUCTIONS WERE MADE

Upon the Motion (Doc. I. D. 31) of the above referenced Debtor and Debtor In Possession for Authority to Pay Pre-Petiotn Employee Wages and to Make Payments for Which Payroll Deductions were Made (the Motion), the Court having reviewed the Motion and having heard the statements of counsel for the Debtor in support thereof and the relief requested therein; it appearing that the Court that the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334, and this is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2); the Court being fully advised and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief herein granted, there being sufficient notice of the relief sought, the Court makes the following findings and conclusions;

1. The Debtor is authorized and directed to pay its employees pre-petition wages in accordance with the Debtor's stated policies and the Exhibit A included with the Motion, *nunc pro tunc*;

2. The Debtor is authorized and directed to pay those parties to which amounts are owed for deductions from employee paychecks for taxes, insurance, and other deductions included in the Exhibit submitted for the court's review during a hearing on July 12, 2017, in accordance with the Debtor's stated policies;

3. The Debtor is authorized to pay all costs incident to the foregoing payments such as payroll related taxes and payroll processing costs;

4. The authorization contained herein extends only to pre-petition compensation and deductions incurred by the Debtor in the ordinary course of its business;

5. All applicable banks and other financial institutions shall be authorized and directed to receive, process, honor, and pay any and all checks related to this order drawn on any of the above captioned Debtor's payroll accounts, whether presented prior to or after the commencement of this case, provided sufficient funds exist in such account to cover such payments.

Dated this 18th day of July, 2017, at New Haven, Connecticut.

Ann M. Nevins
United States Bankruptcy Judge
District of Connecticut